UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    SHARON L FLEMING  
    KIM FLEMING SR  
        Debtor(s)

Case No. 07-20521

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2007.

2) The plan was confirmed on 01/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/06/2009, 12/18/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/27/2009, 08/27/2010.

5) The case was dismissed on 09/10/2010.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $69,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,867.76 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**  $22,867.76

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,257.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $1,257.33

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 1,027.00 | 1,871.88 | 1,871.88 | 0.00 | 0.00 |
| APS | Unsecured | 744.70 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 618.59 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,078.00 | 941.48 | 941.48 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 13,962.00 | 13,962.00 | 13,962.00 | 4,775.03 | 2,734.66 |
| CAPITAL ONE AUTO FINANCE | Secured | 26,194.00 | 26,194.00 | 26,194.00 | 8,828.36 | 5,147.95 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 924.23 | 924.23 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 907.94 | 907.94 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,421.13 | NA | NA | 0.00 | 0.00 |
| CHEX SYSTEMS INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 141.65 | NA | NA | 0.00 | 0.00 |
| CRETE MONEE HIGH SCHOOL | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| CRETE MONEE HIGH SCHOOL | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 1,574.70 | 1,733.93 | 1,733.93 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| DISCOUNT ADVANCES | Unsecured | 587.50 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| FIRST UNITED BANK | Unsecured | 220.97 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 1,252.57 | 1,252.57 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 268.18 | 268.18 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 409.68 | 330.78 | 330.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,042.35 | 20.48 | 20.48 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,042.35 | 2,751.56 | 2,751.56 | 0.00 | 0.00 |
| JC PENNEY CO | Unsecured | 555.76 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 554.21 | 648.43 | 648.43 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 171.59 | 191.87 | 191.87 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 788.81 | NA | NA | 0.00 | 0.00 |
| KAPLAN UNIVERSITY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LITTLE LOAN SHOPPE | Unsecured | 390.00 | 760.00 | 760.00 | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1,238.68 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MANAGEMENT OF FLORIDA | Unsecured | 450.61 | NA | NA | 0.00 | 0.00 |
| NATIONAL OPPORTUNITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,210.37 | NA | NA | 0.00 | 0.00 |
| ONE STEP CASH | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| OPTION ONE MORTGAGE CO | Secured | NA | NA | NA | 0.00 | 0.00 |
| OPTION ONE MORTGAGE CO | Secured | 29,768.79 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 956.03 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY SELECT | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY TODAY CASH NOW | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 423.76 | 423.76 | 423.76 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 530.40 | 530.40 | 530.40 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | 2,991.27 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | NA | NA | NA | 0.00 | 0.00 |
| REDCATS USA | Unsecured | 221.94 | NA | NA | 0.00 | 0.00 |
| REGISTRARS OFFICE | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| ROUTE 66 FUNDING | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| SILHOUETTES | Unsecured | 105.70 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CTR | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 386.45 | NA | NA | 0.00 | 0.00 |
| TELECHECK SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TRACEY PORE | Priority | NA | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 3,154.00 | NA | NA | 0.00 | 124.43 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $40,156.00 | $13,603.39 | $7,882.61 |
| All Other Secured | $0.00 | $0.00 | $124.43 |
| **TOTAL SECURED:** | **$40,156.00** | **$13,603.39** | **$8,007.04** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,004.13 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,004.13** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,653.36** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,257.33 |
| Disbursements to Creditors | $21,610.43 |
| **TOTAL DISBURSEMENTS** : | **$22,867.76** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/16/2010                                  By: /s/ Glenn Stearns
                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)